## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                              **Case No.: 4:17–cr–00293–BSM**

**Wesley S Gullett**                                                                          **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for May 19, 2021, at 11:30 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  April 27, 2021                                  AT THE DIRECTION OF THE COURT
                                                            JAMES W. McCORMACK, CLERK

                                                            **By:**  Raeanne M. Gardner, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas