IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.    NO. 4:17CR00293-04 BSM

WESLEY S. GULLETT,
aka Bad Company, aka BC

**THE UNITED STATES OF AMERICA'S
MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Assistant U.S. Attorney Liza Brown, for its motion for final order of forfeiture, states:

1. On May 20, 2021, the Court entered a Preliminary Order of Forfeiture, extinguishing Defendant Wesley Gullett's interest in one Marlin, Model 336CS, 30-30 caliber, lever action rifle, bearing serial number 14086069 ("property subject to forfeiture").

2. The Court's order authorized the United States to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of the Preliminary Order of Forfeiture. The Preliminary Order of Forfeiture also provided that if no party filed a petition, the Preliminary Order would become the Final Order of Forfeiture.

3. The United States has complied with its noticing obligations. The United States published notice of the forfeiture on www.forfeiture.gov for 30 consecutive days beginning on May 21, 2021. The published notice advised all third parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged legal interest in the property subject to forfeiture. *See* Exhibit 1, Advertisement Certification. Additionally, the United States has made reasonable efforts to give direct notice to all persons who reasonably appear to have standing to

contest the forfeiture in an ancillary proceeding. The United States sent a notice letter to Ms. Lauren Loveless at her last known address and the U.S. Postal Service delivered the letter on November 22, 2021. Ms. Loveless has not filed a petition in response to that notice.

4.    No one has filed a petition, and the time for filing petitions has expired. The United States now requests that the Court enter a Final Order of Forfeiture that forfeits to the United States all right, title, and interest in the property subject to forfeiture and authorize the United States to dispose of the property according to law.

> JONATHAN D. ROSS
> United States Attorney
>
> By: LIZA JANE BROWN
> Assistant United States Attorney
> Arkansas Bar No. 2004183
> Post Office Box 1229
> Little Rock, Arkansas 72203
> (501) 340-2600
> Liza.Brown@usdoj.gov