## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

v.          Case No. 4:17-CR-00293-BSM-04

**WESLEY GULLETT**                                               **DEFENDANT**

### ORDER

The motion for final order of forfeiture [Doc. No. 2417] is granted. Wesley Gullett has been sentenced, and no one has filed a timely claim to the forfeited property identified in the preliminary order of forfeiture [Doc. No 2059].

The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States and disposed of according to law.

IT IS SO ORDERED this 25th day of April, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE

\